14 CV

838

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN MISHTAKU
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

1 Police Department
License Division
_____

2 Deputy Inspector,
Andrew Lunetta
_____

3 Director,
Thomas M. Prasso
_____
_____

Jury Trial: ☑ Yes   ☐ No
(check one)

RECEIVED
FEB - 6 2014
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name     Martin Mishtaku
Street Address     138-25 31 Drive     Ap # 2B
County, City     Flushing, Queens
State & Zip Code     NY, 11354
Telephone Number     (347) 760-4831

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1     Name     Police Department, License Division
Street Address     One Police Plaza

*Rev. 05/2010*

County, City   New York , NY

State & Zip Code   1 0 0 3 8

Telephone Number

Defendant No. 2   Name   Andrew Lunetta

Street Address   1 Police Plaza - Room 110

County, City   New York , NY

State & Zip Code   1 0 0 3 8

Telephone Number   (646) 610 - 5873

Defendant No. 3   Name   Thomas M. Prasso

Street Address   1 Police Plaza, Room 110A

County, City   New York , NY

State & Zip Code   100 3 8

Telephone Number   (646) 610 - 5560     Fax: (646) 610 - 6399

Defendant No. 4   Name

Street Address

County, City

State & Zip Code

Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  The right granted to me by the 2nd Amendment has been infringed.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 1 Police Plaza - Room 110
New York, NY 10038 and via mail.

B.    What date and approximate time did the events giving rise to your claim(s) occur? The events occured on October 18, 2013 at 1 Police Plaza and on December 4, 2013

via mail.

C.    Facts: I'm a law abiding, responsible, care giving, freedom and life loving citizen of the United States of America. I've decided to exercise my right, not privilege, but my universal right as a human being first of all, then thankfully as a citizen of this country, which stands for human rights, mainly speaking of the right granted to me by the 2nd Amendment. Which is my right to keep and bear arms, in order to protect my self, the people I love dearly and be ready in the face of danger. The Police Department, Mr. Lunetta and Mr. Prasso have denied me this right via a faulty, one sided, investigation, which were concluded on 10-18-2013 by Deputy Inspector, Andrew Lunetta and after my letter of appeal 11-12-2013, on 12-4-2013 by Director, Thomas M. Prasso.

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

At this moment in time I feel defenseless in the face of a possible deadly danger and I worry about my family's well being in the confines of my own home or my parent's I should say. About 2 years ago my bicycle was stolen from me inside of my building. Thus, compromising the way I feel in regards to safety. It is clear to me that in the face of danger I would be the first responder if that danger is reflected towards me, then the police officers, paramedics and so on. Therefor, until my right is restored I won't sleep as soundly as I use too.

V.    **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want my case to be heard by a jury of my peers. I want to prove to them that I, Martin Mishtaku am a responsible & caring when it comes to the well being of others and the laws set by society. I want my right granted to me by the Constitution, my 2nd Amendment right, to be restored. I want the court to award me $1'000'000 and find the defendants guilty of missconduct of justice. I want the court to issue an investigation of the Licensing Division Unit-Room 110 of the Police Department located at 1 Police Plaza, New York NY 10038. To see how they conduct their investigations and how applicants are treated. Also, the time line for a residence pistol permit should be shortened to 4 weeks at most, I shouldn't wait for my RIGHT. Finally, I want the citizens of New York and the whole country to realize that if you are faced with an imminent deadly danger, you instantly become the 1st responder and you and I included have the right to protect our selves.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of February , 2014.

Signature of Plaintiff    _Martin Mishtaku_

Mailing Address    138-25 31 Drive   Apt # 2B

FLUSHING   NY   11354

Telephone Number    ( 347) 760-4831

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*